# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5493**   Case Manager: **Jill E. Colyer**

Case Name: **Holman v. Vilsack**

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes  ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This case challenged a program administered by the United States Department of Agriculture that forgave the loans for farmers and ranchers determined to be socially disadvantaged based on their race. After the District Court issued a preliminary injunction that found that Plaintiff was likely to succeed in establishing an equal protection violation, Congress repealed Section 1005 and the parties agreed the case was then moot. The District Court denied Plaintiff's request for attorney fees under the Equal Access to Justice Act on the grounds that he was not the prevailing party.**
>
> **This appeal asks whether the District Court erred when it denied Plaintiff's request for attorney fees as the prevailing party under the Equal Access to Justice Act.**

This is to certify that a copy of this statement was served on opposing counsel of record this __30__ day of _____**May**_____, __2023__ .

s/ Braden H. Boucek
Name of Counsel for Appellant