UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5493**

Case Title: **Robert Holman**  vs. **Thomas Vilsack, et al.**

List all clients you represent in this appeal:

**THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Thomas Pulham**    Signature: s/ **Thomas Pulham**

Firm Name: **U.S. Department of Justice, Civil Division, Appellate Staff**

Business Address: **950 Pennsylvania Avenue NW, Room 7323**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-514-4332**

Email Address: **thomas.pulham@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.