OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

CATHERINE C. GEYER  
*Chief Circuit Mediator*  
KATHRYN L. WOLLENBURG  
SCOTT COBURN  
JOHN A. MINTER

100 EAST FIFTH STREET  
CINCINNATI, OHIO 45202-3988  
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330  
FAX (513) 564-7349

June 14, 2023

Braden H. Boucek  
Audrey Martha Calkins  
Thomas Pulham  
Jeffrey Eric Sandberg  
William E. Trachman

Re:  *Robert Holman v. Thomas Vilsack, et al,* CA No. 23-5493

### NOTICE OF RESCHEDULED MEDIATION CONFERENCE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this will confirm that the mediation conference previously set for June 26, 2023, has been rescheduled for **July 18, 2023** at **11:00 PM EASTERN TIME** with Kathryn Wollenburg.  **A conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel  
Mediation Administrator

cc:     Kathryn L. Wollenburg

**NOTE:**     The Confidential Mediation Background Information Forms are now due <u>July 11, 2023</u> if not already submitted.