UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5493**

Case Title: **Holman** vs. **Vilsack**

List all clients you represent in this appeal:

**Robert Holman**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **William E. Trachman**      Signature: s/ **William E. Trachman**

Firm Name: **Mountain States Legal Foundation**

Business Address: **2596 South Lewis Way**

City/State/Zip: **Lakewood, Colorado 80227**

Telephone Number (Area Code): **(303) 292-2021**

Email Address: **wtrachman@mslegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.