OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CATHERINE C. GEYER
 *Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

July 17, 2023

Braden H. Boucek
Audrey Martha Calkins
Thomas Pulham
Jeffrey Eric Sandberg
William E. Trachman

Re: *Robert Holman v. Thomas Vilsack, et al,* CA No. 23-5493

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for **July 18, 2023**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:     Kathryn L. Wollenburg