UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5493**

Case Title: **Holman** vs. **Vilsak**

List all clients you represent in this appeal:

**Robert Holman**

- ☒ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kimberly S. Hermann**   Signature: s/ **Kimberly S. Hermann**

Firm Name: **Southeastern Legal Foundation**

Business Address: **560 West Crossville Road, Suite 104**

City/State/Zip: **Roswell, GA 30075**

Telephone Number (Area Code): **770-977-2131**

Email Address: **khermann@southeasternlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.