IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

ROBERT HOLMAN,

    *Plaintiff-Appellant*,

v.

THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency,

    *Defendants-Appellees*.

No. 23-5493

---

**CONSENT MOTION FOR 14-DAY EXTENSION OF TIME
IN WHICH TO FILE RESPONSE BRIEF**

Pursuant to Fed. R. App. P. 26(b) and 6th Cir. R. 26, defendants-appellees respectfully move for a 14-day extension of time, to and including October 12, 2023, in which to file their response brief. In support, counsel state as follows:

**1.** This appeal arises from plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA). In 2021, plaintiff Robert Holman (Plaintiff) brought suit in the Western District of Tennessee challenging the constitutionality of Section 1005 of the American Rescue Plan Act, a program that would have provided loan-repayment assistance to socially disadvantaged farmers and ranchers. In July 2021, following similar action by several other

federal courts, the district court granted Plaintiff's motion for preliminary injunction. This suit was then stayed pending class-action litigation in another district. In August 2022, Congress repealed Section 1005, after which all litigation challenging the statute was dismissed as moot. Plaintiff then filed this motion for costs and attorney's fees, which the district court denied. Plaintiff now appeals that denial.

**2.** Following several adjustments to the briefing schedule by this Court's mediation office, Plaintiff filed his opening brief on August 30, 2023. The government's response brief is currently due by September 28, 2023.

**3.** The requested 14-day extension is necessary in light of other intervening obligations to ensure adequate time for counsel to consult within the federal government and to prepare and file its response brief.

The attorney with primary responsibility for this matter is Jeffrey E. Sandberg of the U.S. Department of Justice, Civil Division, Appellate Staff. Mr. Sandberg has recently been occupied with other appellate litigation, including, *inter alia*, *State of Georgia v. U.S. Department of Justice*, No. 23-5083 (D.C. Cir.) (opening brief and appendix filed September 8, 2023); *Carpenter v. Vilsack*, No. 22-8079, and *Rogers v. Vilsack*, No. 23-1122 (10th Cir.) (consolidated oral argument held September 13, 2023); and *Siegel v. Vetter* (*In re*

*Circuit City Stores, Inc.*), No. 23-1678 (4th Cir.) (expedited appeal) (reply brief due by October 2, 2023).

**4.** We have consulted with counsel for Plaintiff, who has authorized us to state that Plaintiff consents to this request.

## CONCLUSION

For the foregoing reasons, the government's motion for a 14-day extension should be granted; the deadline for its response brief should be extended until October 12, 2023; and the deadline for Plaintiff's reply brief should be adjusted accordingly.

    Respectfully submitted,

    THOMAS G. PULHAM
    /s/ *Jeffrey E. Sandberg*
    JEFFREY E. SANDBERG
    (202) 532-4453
    *Attorneys, Appellate Staff*
    *Civil Division, Room 7214*
    *U.S. Department of Justice*
    *950 Pennsylvania Avenue NW*
    *Washington, DC 20530*
    *jeffrey.e.sandberg@usdoj.gov*

    *Counsel for Defendants-Appellees*

September 19, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 403 words, according to the count of Microsoft Word.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendants-Appellees*
