## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 02, 2024

**Notice**

Mr. Braden H. Boucek
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Re:  No. 23-5493
     *Robert Holman v. Thomas Vilsack, et al*

Dear Counsel:

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Tuesday, March 19, 2024**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                              Sincerely yours,

                              s/Robin L. Johnson
                              Calendar Deputy

cc:  Ms. Kimberly S. Hermann
     Mr. Thomas Pulham
     Mr. William E. Trachman