UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5493**

Case Title: **Holman** vs. **Vilsack**

List all clients you represent in this appeal:

**Wisconsin Institute for Law & Liberty, Inc.**

☐ Appellant  ☐ Petitioner  ☑ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                  (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Daniel P. Lennington**   Signature: s/ **Daniel P. Lennington**

Firm Name: **Wisconsin Institute for Law & Liberty, Inc.**

Business Address: **330 E. Kilbourn Avenue, Suite 725**

City/State/Zip: **Milwaukee, WI 53202**

Telephone Number (Area Code): **414-727-9455**

Email Address: **dan@will-law.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.