# No. 23-5493

## IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

ROBERT HOLMAN,
*Petitioner*,

v.

THOMAS VILSACK, ET AL.,
*Respondents*.

On Petition for *En Banc* Rehearing

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PETITIONERS

David C. Tryon
*Counsel of Record*
Alex M. Certo
Thomas J. Gillen
The Buckeye Institute
88 East Broad Street
Suite 1300
Columbus, OH 43215
(614) 224-4422
D.Tryon@BuckeyeInstitute.org

*Attorneys for Amicus Curiae*

i

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules 26.1 and 29(c) of the Federal Rules of Appellate Procedure, The Buckeye Institute states that it has no parent company and no publicly held company owns 10% or more of its stock.

## MOTION FOR LEAVE TO FILE *AMICUS BRIEF*

Under Federal Rule of Appellate Procedure 29, The Buckeye Institute respectfully moves for leave to file a brief as *amicus curiae* in support of Petitioner. The proposed brief accompanies this motion. Counsel for Petitioner and Respondents consented to the filing of this brief.

The Buckeye Institute is an independent research and educational institution—a think tank—whose mission is to formulate and promote free-market policy in the states. The Buckeye Institute accomplishes its mission by performing timely and reliable research on key issues, compiling and synthesizing data, formulating free-market policies, and marketing those policy solutions for implementation in Ohio and replication across the country. The Buckeye Institute works to restrain governmental overreach at all levels of government. In fulfillment of that purpose, The Buckeye Institute files lawsuits and submits *amicus* briefs. The Buckeye Institute is a nonpartisan, nonprofit, tax-exempt organization, as defined by I.R.C. section 501(c)(3).

The Buckeye Institute seeks to protect individual liberties, especially those liberties guaranteed by the Constitution of the United States against government overreach. To encourage litigation in certain fundamental areas, Congress created exceptions to the general "American Rule" through fee-shifting mechanisms. The Buckeye Institute commonly uses these mechanisms, like the one in the EAJA,

which is the subject of this suit, to protect individual liberties in its own lawsuits. If the standard for this rare and purposeful form of recovery is too deferential to the government, then the ability of public interest organizations and individuals to challenge governmental overreach will be severely hindered.

*Amicus* briefs by The Buckeye Institute have been regularly accepted by federal courts of appeals and the United States Supreme Court. Mindful of the role of *amicus curiae*, The Buckeye Institute seeks to provide the Court with additional context regarding the purpose of fee-shifting statutes. The Buckeye Institute also asserts that courts have been too deferential to the government when determining whether the government's argument was "substantially justified."

For these reasons, The Buckeye Institute respectfully asks this Court to grant this motion and permit the filing of the attached amicus brief.

                                                   Respectfully submitted,

                                                */s/ David C. Tryon*
                                                David C. Tryon
                                                  *Counsel of Record*
                                                Alex M. Certo
                                                Thomas J. Gillen
                                                The Buckeye Institute
                                                88 East Broad Street, Suite 1300
                                                Columbus, Ohio 43215
                                                (614) 224-4422
                                                D.Tryon@BuckeyeInstitute.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Leave to File *Amicus Brief* was served on all counsel of record via the Court's electronic filing system this 14th day of November 2024.

                        Respectfully submitted,

                                 /s/ David C. Tryon
                                 David C. Tryon
                                 *Attorney of record for*
                                 *The Buckeye Institute*