No. 23-5493

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 4, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| ROBERT HOLMAN, | ) |
| | ) |
|    Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | )     O R D E R |
| THOMAS J. VILSACK, in his official capacity as | ) |
| Secretary of the United States Department of | ) |
| Agriculture; ZACH DUCHENEAUX, in his official | ) |
| capacity as Administrator of the Farm Service Agency, | ) |
| | ) |
|    Defendants-Appellees. | ) |

**BEFORE:** STRANCH, LARSEN, and DAVIS, Circuit Judges.

Upon consideration of the motions of Wisconsin Institute for Law & Liberty, Inc., and Buckeye Institute, for leave to file a brief as amicus curiae in support of the petition for rehearing en banc,

It is ORDERED that the motions are GRANTED.

                                **ENTERED BY ORDER OF THE COURT**

                                Kelly L. Stephens, Clerk