## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 04, 2024

Mr. Daniel P. Lennington
Mr. David Christian Tryon

Re:  Case No. 23-5493, *Robert Holman v. Thomas Vilsack, et al*
     Originating Case No.: 1:21-cv-01085

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                    Sincerely yours,

                                    s/Beverly L. Harris
                                    En Banc Coordinator
                                    Direct Dial No. 513-564-7077

cc:  Mr. Braden H. Boucek
     Ms. Kimberly S. Hermann
     Mr. Thomas Pulham
     Mr. Jeffrey Eric Sandberg
     Mr. William E. Trachman

Enclosure