UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5493**

Case Title: **Thomas Holman** vs. **Vilsack, et al.**

List all clients you represent in this appeal:

**The Buckeye Institute**

☐ Appellant   ☐ Petitioner   ☒ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                  (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Thomas Gillen**          Signature: s/ **Thomas Gillen**

Firm Name: **The Buckeye Institute**

Business Address: **88 East Broad Street, Suite 1300**

City/State/Zip: **Columbus, OH, 43215**

Telephone Number (Area Code): **614-224-4422**

Email Address: **t.gillen@buckeyeinstitute.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.