UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5493**

Case Title: **Robert Holman** vs. **Thomas Vilsack, et al.**

List all clients you represent in this appeal:

**The Buckeye Institute**

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor              (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Alex M. Certo**    Signature: s/ **Alex M. Certo**

Firm Name: **The Buckeye Institute**

Business Address: **88 East Broad Street, Suite 1300**

City/State/Zip: **Columbus, Ohio 43215**

Telephone Number (Area Code): **(614) 224 4422**

Email Address: **a.certo@buckeyeinstitute.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---