## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 12, 2024

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Room 7214
Washington, DC 20530

Re: Case No. 23-5493, *Robert Holman v. Thomas Vilsack, et al*
Originating Case No.: 1:21-cv-01085

Dear Mr. Sandberg,

   This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

   Your response, not to exceed 3900 words, must be filed in the clerk's office not later than the close of business on Thursday, **December 26, 2024**.

   Please note that no extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Braden H. Boucek
    Mr. Alex Certo
    Mr. Thomas Gillen
    Ms. Kimberly S. Hermann
    Mr. Daniel P. Lennington
    Mr. Thomas Pulham

Mr. William E. Trachman
Mr. David Christian Tryon