**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 17, 2024

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7213
Room 7214
Washington, DC 20530

Re: Case No. 23-5493, *Robert Holman v. Thomas Vilsack, et al*
Originating Case No.: 1:21-cv-01085

Dear Mr. Sandberg,

This is to advise that the court has granted your motion for an extension of time to file a response to the petition for rehearing en banc.

Your response, not to exceed 3900 words, must be filed not later than the close of business on Thursday, **January 9, 2025**.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc: Mr. Braden H. Boucek
Mr. Alex Certo
Mr. Thomas Gillen
Ms. Kimberly S. Hermann
Mr. Daniel P. Lennington
Mr. Thomas Pulham
Mr. William E. Trachman
Mr. David Christian Tryon