**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  February 11, 2026

Mr. Braden H. Boucek
Office of the U.S. Attorney
719 Church Street
Suite 3300
Nashville, TN 37203

Mr. Alex Certo
The Buckeye Institute
Ohio
88 E. Broad Street
Suite 1300
Columbus, OH 43215

Mr. Thomas Gillen
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Ms. Kimberly S. Hermann
Southeastern Legal Foundation
560 W. Crossville Road
Suite 104
Roswell, GA 30075

Mr. Daniel P. Lennington
Wisconsin Institute for Law and Liberty
330 E. Kilbourn Avenue, Suite 725
Milwaukee, WI 53202

Mr. Thomas Pulham
Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
950 Pennsylvania Avenue, N.W., Room 7218
Washington, DC 20530

Mr. William E. Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Mr. David Christian Tryon
The Buckeye Institute Ohio
88 E. Broad Street
Suite 1300
Columbus, OH 43215

                        Re:    Case No. 23-5493, *Robert Holman v. Brooke Rollins, et al*
                                 Originating Case No. 1:21-cv-01085

Dear Counsel,

    The Court issued the enclosed opinion today in this case.

    Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                                    Sincerely yours,

                                                      s/Cathryn Lovely
                                                      Opinions Deputy

cc: Ms. Wendy R. Oliver

Enclosures

Mandate to issue