**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 07, 2026

Ms. Wendy R. Oliver
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

> Re:    Case No. 23-5493, *Robert Holman v. Brooke Rollins, et al*
>        Originating Case No. 1:21-cv-01085

Dear Ms. Oliver,

   Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Jill

cc: Mr. Braden H. Boucek
    Mr. Alex Certo
    Mr. Thomas Gillen
    Ms. Kimberly S. Hermann
    Mr. Daniel P. Lennington
    Mr. Thomas Pulham
    Mr. Jeffrey Eric Sandberg
    Mr. William E. Trachman
    Mr. David Christian Tryon

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 23-5493

_____

Filed: April 07, 2026

ROBERT HOLMAN

       Plaintiff - Appellant

v.

 BROOKE ROLLINS, in her official capacity as Secretary of the United States Department of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency

       Defendants - Appellees

<u>MANDATE</u>

  Pursuant to the court's disposition that was filed 02/11/2026 the mandate for this case hereby issues today.

COSTS:  None