UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-5493

ROBERT HOLMAN,

    Plaintiff - Appellant,

v.

THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture; ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency,

    Defendants - Appellees.

**FILED**
Sep 23, 2024
KELLY L. STEPHENS, Clerk

Before: STRANCH, LARSEN, and DAVIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Western District of Tennessee at Jackson.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*

Kelly L. Stephens, Clerk