**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 23, 2024

Mr. Braden H. Boucek
Ms. Kimberly S. Hermann
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075

Mr. Thomas Pulham
Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W., Room 7214
Washington, DC 20530

Mr. William E. Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Re: Case No. 23-5493, *Holman v. Vilsack, et al.*
Originating Case No. : 1:21-cv-01085

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Laurie A Weitendorf
Deputy Clerk

cc: Ms. Wendy R. Oliver

Enclosures

Mandate to issue.